Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

MEMO ENDORSED

**BY ECF**

August 5, 2026

Honorable Gary Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted. SO ORDERED.

Date: August 5, 2026

Gary Stein
United States Magistate Judge
Southern District of New York

**Re: *United States v. Carlos Ortega*, 26 Mag. 2502**

Dear Judge Stein,

I write with the consent of pretrial services and the government to seek a limited modification of Carlos Ortega's bail conditions.

Mr. Ortega was presented before Magistrate Judge Ricardo on July 7, 2026, and released on bail, with the condition that his travel be restricted to SDNY/EDNY. *See* Ex. A (bail disposition). Mr. Ortega has a preplanned family vacation to Orlando, Florida, from August 8 to 11. He respectfully requests that the Court modify his bail conditions to permit travel to Orlando from August 8-11, 2026. He has complied with all conditions of pretrial supervision to date, and neither pretrial services nor the government oppose this request.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Joy Chen*
Joy Chen
Assistant Federal Defender
Counsel for Carlos Ortega
917-842-5074